**Appeal Dismissed and Memorandum Opinion filed February 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00668-CR

## EX PARTE BRANDON JOSEPH WILLIAMS

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 71723-E**

## MEMORANDUM OPINION

Appellant was previously convicted of a felony—murder—and sentenced to 67 years' confinement and a $10,000 fine. This court affirmed his conviction. *See Williams v. State*, 502 S.W.3d 262 (Tex. App.—Houston [14th Dist.] 2016, pet. ref'd). Appellant now appeals the trial court's denial of his request for habeas-corpus relief pursuant to Code of Criminal Procedure article 11.07.

Only the Court of Criminal Appeals has the authority to grant relief in an article 11.07 postconviction habeas-corpus proceeding when there is a final felony conviction. *Ex parte Alexander*, 685 S.W.2d 57, 60 (Tex. Crim. App. 1985) (citing former Tex. Code Crim. Proc. Ann. art. 11.07, § 2(a), now renumbered

art. 11.07, § 3(a), ("After final conviction in any felony case, the writ must be made returnable to the Court of Criminal Appeals of Texas at Austin, Texas.")). And the case has in fact been filed in the Court of Criminal Appeals and dismissed. *Ex parte Williams*, No. WR-87,662-03 (Tex. Crim. App. Dec. 8, 2021).

This court informed appellant of the jurisdictional issue and allowed appellant 21 days to respond. Appellant has not filed a response. We dismiss this appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).